### BANGS *vs*. McLEOD *et al.*

The appointment by the ordinary, under section 2043 of the Code, of appraisers to view the survey and value the improvements of realty claimed as exempt, is but preliminary to judicial action, and is not

the subject of appeal to the superior court. Not until the ordinary has adjudicated upon the return of the appraisers is there matter for appeal.

BLECKLEY, Justice.